UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILIANA LOPEZ, on behalf of herself and all others similarly situated,

       Plaintiffs,

-against-

ENDLESSPENS, LLC,

       Defendant.

23-CV-1289 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. The Complaint was filed on February 15, 2023, and a summons was issued on February 16, 2023. The docket reflects that the summons and Complaint were served on April 24, 2023 to Bradley Beech in Tallahassee, Florida, designated by law to accept service of process on behalf of Endlesspens, LLC. On May 10 and 11, 2023, Defendant filed a letter stating that they believe the summons to have been incorrectly served. Defendant further stated that they do not know Mr. Beech and that their offices are based in Tampa, Florida. Plaintiff has yet to respond to this letter.

  It is HEREBY ORDERED that Plaintiff submit a letter to the Court by **August 3, 2023** as to whether Plaintiff has properly served Defendant within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. If Plaintiff does not submit such a letter by

**August 3, 2023** demonstrating service within 90 days or good cause as to why such service was not made within the 90 days, the Court will dismiss the case.

Dated: July 26, 2023
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge