UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILIANA LOPEZ, on behalf of herself and all others similarly situated,<br><br>         Plaintiffs,<br><br>-against-<br><br>ENDLESSPENS, LLC,<br><br>         Defendant. | 23-CV-1289 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Complaint in this action was filed on February 15, 2023. On July 26, 2023, the Court ordered Plaintiffs to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure – or, if Plaintiffs believed service had been made, to demonstrate when and in what manner service was made within the 90 days. *See* ECF No. 10. The Court notified Plaintiffs that if they did not show good cause – or file anything – by August 3, 2023, the Court would dismiss the Complaint. *Id.* Plaintiffs did not file anything by the deadline.

  Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to close the case.

Dated: August 7, 2023
    New York, New York

                         SO ORDERED.

                         *Jessica Clarke*
                         _____
                         JESSICA G. L. CLARKE
                         United States District Judge